**Breonna UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## ZOOM CIVIL MINUTES

**Case No.**: 20-cv-04276-JSC (JCS)

**Case Name:** Richard v. City and County of San Francisco

**Date:** January 18, 2022  **Time:** 3 H

**Deputy Clerk:** Karen Hom  **Digital Reporter:** Zoom Meeting Time: 1:02-1:06

**Attorney for Plaintiff:** Jamir Davis
**Attorney for Defendant:** Raymond Rollan

## ZOOM PROCEEDINGS

(X)  Zoom Settlement Conference - Held

   (X) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )  Further Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )  Zoom Scheduling Conference to set Settlement Conference

( )  Further Zoom Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Zoom Status Conference

( )  Other

**Notes:** Settlement placed on the record. Settlement is subject to approval by the Board of Supervisors for the City and County of San Francisco.
Parties in attendance: Breonna Richard, Plaintiff. Sgt. Walter Ware, SFPD Legal representative for defendant.