1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  RAYMOND R. ROLLAN, State Bar #304548
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Fl.
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3888
6  Facsimile:    (415) 554-3837
   E-Mail:       raymond.rollan@sfcityatty.org

7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  BREONNA RICHARD,                          Case No. 20-CV-04276-JSC

14         Plaintiff,                         **STIPULATION AND [PROPOSED] ORDER OF
                                              VOLUNTARY DISMISSAL OF ACTION WITH
15         vs.                                PREJUDICE [FRCP 41(A)]**

16  CITY AND COUNTY OF SAN
    FRANCISCO; AND DOES 1-50
17  INDIVIDUALLY AND IN OFFICIAL              Trial Date:          Not Set
    CAPACITIES AS POLICE OFFICERS FOR
18  THE CITY AND COUNTY OF SAN
    FRANCISCO, INCLUSIVE,
19
           Defendants.
20

21

22

23         The undersigned parties, being all the parties who have appeared in this action, STIPULATE

24  pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of Plaintiff BREONNA

25  RICHARD and against Defendant CITY AND COUNTY OF SAN FRANCISCO is DISMISSED

26  WITH PREJUDICE.  It is further STIPULATED that Plaintiff and Defendant shall each bear their

27  own costs and attorneys' fees.

28

**IT IS SO STIPULATED.**

Dated: December 7, 2022

                                        DAVID CHIU
                                        City Attorney
                                        MEREDITH B. OSBORN
                                        Chief Trial Deputy
                                        RAYMOND R. ROLLAN
                                        Deputy City Attorney


                                        By:/s/ Raymond R. Rollan
                                           RAYMOND R. ROLLAN

                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO


Dated: December 7, 2022

                                        TOFER & ASSOCIATES, PLC


                                        By:/s/ James R. Doyle
                                           JAMES R. DOYLE

                                        Attorneys for Plaintiff
                                        BREONNA RICHARD


Dated: December 7, 2022

                                        J. DAVIS LAW FIRM, PLLC


                                        By:/s/ Jamir Davis
                                           JAMIR DAVIS

                                        Attorneys for Plaintiff
                                        BREONNA RICHARD


**IT IS SO ORDERED.**


Dated:_____          _____
                                        HONORABLE JACQUELINE SCOTT CORLEY
                                        United States Magistrate Judge